OPINION — AG — ** GASOLINE TAX — FURTHER COLLECTION OF TAX ** AS GOVERNOR, HAVE THE THE AUTHORITY TO FIND THAT THE NEED FOR THE FURTHER IMPOSITION OF THE 1 CENT TAX HAS CEASED; AND THAT, IF YOU SO FIND, AND PROMPTLY NOTIFY THE STATE TAX COMMISSION OF SUCH FINDING, SAID TAX WILL AUTOMATICALLY CEASE, AS OF 12:01 A.M. DECEMBER 24, 1957 (COLLECTION OF TAX CEASED, SPECIAL FUELS, DISCONTINUE, STOP, STOPPAGE, EXPIRATION DATE) CITE: 68 O.S. 669.1 [68-669.1] (MAC Q. WILLIAMSON)